# IN THE SUPREME COURT OF THE STATE OF NEVADA

R. GLEN WOODS, AN INDIVIDUAL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TIMOTHY C. WILLIAMS, DISTRICT
JUDGE,
Respondents,
and
JOLLEY URGA & WIRTH, LTD.,
Real Party in Interest.

No. 70217

FILED

MAY 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order denying, on reconsideration, a motion to dismiss in a contract action. Having considered the petition and supporting documents, we are not persuaded that the district court arbitrarily and capriciously abused its discretion or exceeded its jurisdiction in denying the motion to dismiss, and an adequate remedy exists in the form of an appeal from any adverse final judgment. NRS 34.160; NRS 34.320; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008) (noting that this court typically declines to entertain writ petitions challenging interlocutory orders denying motions to dismiss); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that petitioner bears the burden to demonstrate that writ relief is warranted); *Smith v.*

*Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Timothy C. Williams, District Judge
Royal & Miles, LLP
Jolley Urga Wirth Woodbury & Little
Eighth District Court Clerk